IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

SABRINA L. CATO,                          )
                                          )
                    Plaintiff,            )
                                          )
                                          )
        v.                                )          CV 108-120
                                          )
                                          )
AUGUSTA-RICHMOND COUNTY                   )
CIVIC CENTER,                             )
                                          )
                    Defendant.            )
                                   _____


**O R D E R**
                                   _____


After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Defendant's motion to dismiss (doc. no. 17) is **GRANTED** in **PART**,

this case is **DISMISSED** without prejudice, and this civil action is **CLOSED**. Finally,

Plaintiff is reminded that she may not attempt to avoid the payment of attorney's fees

_____

[1]The Court is aware that Plaintiff provided the Court with an updated address and
requested an extension of time to file objections to the Report and Recommendation. (Doc.
no. 24). Notably, Plaintiff was granted an extension of time to file her objections (doc. no.
25); however, the time to file her objections has passed, and no objections were filed.

awarded to Defendants in this action simply by bringing a new civil action.

SO ORDERED this 10th day of May, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE